IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY LAWON DEBARDELABEN, )
AIS# 266562,                 )
                             )
            Petitioner,      )
                             )
       v.                    )      CIVIL ACTION NO. 1:12cv145-WHA
                             )
CHERYL PRICE, et al.,        )
                             )
            Respondents.     )

## ORDER AND OPINION

On February 26, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 32).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.      The petition for habeas corpus relief filed by Gregory Lawon Debardelaben is DENIED.

2.      This case is DISMISSED with prejudice.

Done this the 31st day of March,  2015.


                              /s/ W. Harold Albritton          
                              SENIOR UNITED STATES DISTRICT JUDGE